UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CORDELL HINES

Plaintiff(s),

- against -

CITY OF NEW YORK

Defendant(s).

------------------------------------------------------------x

18 Civ. 4880 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. Plaintiff's claim for violating his right to counsel is withdrawn without prejudice.

2. Defendants' summary judgment motion is due May 1, 2020, opposition due May 29, 2020 and reply due June 12, 2020.

3. The Court is aware and has taken into account that a new assistant corp counsel will be taking over the case. That is why the schedule is so leisurely. There will be no extension.

The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
2-21-20